[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 26, 2005
THOMAS K. KAHN
CLERK

Nos. 03-16471 & 04-10719

D. C. Docket No. 03-20108-CV-FAM

JOSE PLATERO, SERGIO VAZQUEZ,
and others similarly situated,

Plaintiffs-Appellants,

versus

GARCIA BROTHERS SEAFOOD, INC.,
d.b.a. La Camaronera,
ARSENIO GARCIA,
RAMON GARCIA, JUAN F. GARCIA,

Defendants-Appellees.

Appeals from the United States District Court
for the Southern District of Florida

(April 26, 2005)

Before BLACK, MARCUS and FAY, Circuit Judges.

PER CURIAM:

AFFIRMED. See 11th Cir. R. 36-1.[1]

---

[1] 11th Cir. R. 36-1 provides:

When the court determines that any of the following circumstances exist:

    (a)   judgment of the district court is based on findings of fact that are not clearly erroneous;

    (b)   the evidence in support of a jury verdict is sufficient;

    (c)   the order of an administrative agency is supported by substantial evidence on the record as a whole;

    (d)   summary judgment, directed verdict, or judgment on the pleadings is supported by the record;

    (e)   judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.